**FILED**

**NOV 15 2012**

Clerk, U.S. District and
Bankruptcy Courts

November 7, 2012

Hello Chief Judge Royce Lamberth

My name is Sherrell Watts. I am the CEO of GOD and Jesus Christ website. www.getoutofjailfree-captivitytosinandsatan.com

Please view our website.

*Cr. 11-111 Let this be filed.*
*Royce C. Lamberth*
*U.S.D.J. 11/15/12*

GOD and Jesus Christ have asked Me to write You because Julian Zapata Espinosa did'nt murder ICE Agent Jaime Zapata. He is being framed. ICE Agent Jaime Zapata was murdered because he knew that janet napolitano Homeland Security Secretary had been told about fast and furious and she wanted to keep him quiet. I am alleging that Jaime Zapata was murdered by his partner Victor Avila or a informant that was riding in the US embassy vehicle with him. The information that follows will prove all of this. Julian Zapata Espinoza and his friends were tortured by the mexican officials to say they murdered Jaime Zapata. Jaime Zapata had investigated fast and furious weapons being found at murder scenes. He told janet napolitano about them. And she did nothing about it. Janet napolitano did'nt want people to know that she was aware of and participated in fast and furious. I emailed Judge Susan Bolton, James Boasberg and many other Judges in your courthouse about this matter. I asked them to inform you about this matter. Torture is a way of life in mexico. It is the way the mexican officials make people say they committed crimes. Knowing they did'nt. Judge James Boasberg , Judge Contreras,has the proof. If I have mispelled his name forgive Me. I am at the library. I forgot to bring his name with Me to the library.

Thank You for your valuable time.

Julian Zapata Espinosa will need protection.

Sherrell Watts

*Sherrell Watts*

P.O. Box 442378
Detroit MI
48244

- Home
- Our Network
- Petition
- Publications
- Slideshows
- About NL-Aid
- Disclaimer
- Copyright
- Contact

# Drug War: U.S. and Mexico share protected witness central to murder of U.S. agent and investigation of Tamaulipas governors

**Posted on** | februari 4, 2012 | No Comments



*This is complex and important story for several reasons. Soto Para is a big "catch" in the drug war and he is emerging both as being the reason behind the murder of American immigration agent Jaime Zapata and as the informer regarding the possible corruption of the three Tamaulipas governors. The story also reveals more about the growing cooperation between the U.S. and Mexico governments in their use of informants in the drug war. Translated by CIP intern Michael Kane.*

La Jornada: Miguel Ángel Soto Para, founder of the *Los Zetas* cartel, is one of more than 50 protected witnesses who U.S. and Mexican authorities have shared. According to officials involved in the national security cabinet, he was being transported by agents from Immigration and Customs Enforcement (ICE) when they were attacked on a highway between Mexico City and Querétaro, resulting in the death of the American, Jaime Zapata.

The information shared by the authorities also refers to the accusations Soto Para has leveled against former governors of Tamaulipas, Eugenio Hernández, Manuel Cavazos and Tomás Yarrington, which has led the Attorney General to consider the former PRI leaders as collaborators with the Gulf Cartel, for which they reportedly received varying amounts of money.

The officials interviewed indicated that Soto Parra, who was detained in 2009, is considered by US agencies to be an "internationally-protected person" and has provided information on both his own *Los Zetas* cartel as well as the supposed links between Gulf Cartel members and

public officials. *Los Zetas* and the Gulf Cartel parted ways after the extradition of Osiel Cárdenas Guillén and they have battled to maintain control over their zones of influence.

The sources reported that the armored, luxury SUV with diplomatic plates that members of *Los Zetas* attacked on February 15, 2011, leaving the American Jaime Zapata dead, was ferrying a protected witness from Nuevo León to Mexico City. The "internationally-protected person," according to the information obtained, was Miguel Ángel Soto Para, who aided ICE agents in the identification of centers of operations of Jesús Enrique Rejón Aguilar, *El Mamito*, another founder of *Los Zetas* who focused his activities on the states of Querétaro and San Luis Potosí.

The attack against the ICE agents was led by Julián Zapata Espioza, *El Piolín*, who recently was detained in the United States, charged with "the crimes of murder of an American federal employee or official; attempted murder of an American federal employee or official; attempted murder of an internationally-protected person and using a firearm in the commission of a violent crime."

After the attempt, Soto Parra was moved out of the country, but he continues to cooperate with the Attorney General and has become the only witness who has claimed that three former governors of Tamaulipas have alleged links with organized crime. However, at press time, they had not been charged with any crimes nor had the Federal Public Ministry issued a summons to any of them so that they may clarify or confront the assertions of the protected witness." Spanish original

AUTHOR: Reed Brundage
URL: http://americasmexico.blogspot.com
E-MAIL: Americas [at] ciponline.org



*You can type in this title and write the article yourself.*

HOME    ABOUT    ADVERTISE    CONTACT US    RSS FEED

# Borderland Beat
### Reporting on the Mexican Cartel Drug War

HOME   FORUM   LINKS   NARCO TERMS   PICTURES

MAP OF CARTELS   INFO ON MEXICAN CARTELS   TIMELINE   EVENTS   HISTORY   CAPITAL STRUCTURE   CAPOS

## Suspect Says ICE Agent Slain in Error

Wednesday, February 23, 2011 | Borderland Beat Reporter Buggs

*Here is more on the capture of the suspects in the federal agent's execution*

An alleged Zetas drug cartel member arrested in the killing of a U.S. immigration agent told soldiers Wednesday the attack was a mistake, saying gunmen mistook the officer's SUV for a vehicle used by a rival gang, the army said.






**New**
**A novel by Chris Covert**
**On sale now!**

A soldier escorts Julian Zapata Espinoza, known as "Piolin", or Tweety Bird, a ring leader of a cell of Los Zetas operating out of southern Nuevo Leon, during a media presentation at Military Zone in Mexico City February 23, 2011. The Mexican army said on Wednesday it had arrested Julian Zapata Espinoza in the roadside killing of a U.S Immigration and Customs Enforcement agent in Mexico last week that sparked outrage in the United States A second ICE agent was wounded in the shooting on a major highway near the central city of San Luis Potosi, north of the capital, in one of the worst attacks on U.S. agents in Mexico in more than a decade and a sign of Mexico's worsening drug war.

The Mexican government said Wednesday it had detained a suspect in the killing of ICE Special Agent Jaime Jorge Zapata and that the suspect told authorities that Zapata's SUV was attacked because it was mistaken for that of a rival drug organization.

Last week, some U.S. officials maintained the attack was an intentional ambush of the agents and said the gunmen made comments before they fired indicating they knew who their targets were.

Julian Zapata Espinoza, known as "El Piolin," was detained along with five other suspected members of a local cell of the Zetas organization, a press release from the Mexico Attorney General's office said



The release said that Zapata Espinoza was caught Wednesday when the military raided four buildings in San Luis Potosí state used as safe houses by the suspects. It identified Zapata Espinoza as the chief of the Zetas cell in the area

**BLOG ARCHIVE**
▶ 2012 (930)
▼ 2011 (1646)
 ▶ December (99)
 ▶ November (139)
 ▶ October (102)
 ▶ September (124)
 ▶ August (105)
 ▶ July (139)
 ▶ June (150)
 ▶ May (150)
 ▶ April (177)
 ▶ March (196)
 ▼ February (168)
   ATF Gun in US agent's death traced to Texas man
   Monterrey, nothing short of a nightmare
   We're leaving - there is no justice
   Another family massacred in Juárez
   Mexican Navy Presents "El Toto", Zeta boss linked
   La Resistencia leader, El Papirrin arrested
   ABQ Cartel murder case goes to AMW
   Sócrates Rizzo PRI Presidents oversaw drug traffi
   Federal Police Detain "El Oso Rojo", Zeta Member C
   Mexican Navy Captures Boss of 'El Piolin', the All
   More Retaliation - This Time a Policewoman in Cd

**SPONSORS**
Where the current drug war started
**DRUG WARS SILVER OR LEAD**
**Trailer & DVD**

display your link, more HERE

**NOTICE OF CONTENT**
**Want to Contribute?**
Send information, pictures or videos, you remain 100% anonymous.

Envía fotos, videos, notas, enlaces o información todo 100% Anónimo

borderlandbeat@gmail.com

**BEWARE**
Some post may contain strong violent material, Discretion is advised

**COMMENTS:**
We do not publish all comments, and we do not publish comments immediately View policy on comments for more information

**MEXICAN DRUG CARTELS**
Beltrán-Leyva Cartel
Colima Cartel
Guadalajara Cartel
Gulf Cartel
Juarez Cartel
Knights Templar - Caballeros Templarios
La Familia Michoacana
Los Zetas Cartel
Sinaloa Cartel
South Pacific Cartel

The Attorney General's office, known as the PGR, said Zapata Espinoza told soldiers of his role with the Zetas and said that he was the head of a group of gunmen that attacked the vehicle in which Zapata and fellow agent Victor Avila were traveling on Feb 15. Zapata was killed and Avila was wounded in the attack, which occurred on Highway 57 in the state of San Luis Potosí



A soldier escorts Julian Zapata Espinoza (3rd L), known as "Piolin", a ring leader of a cell of LosZetas operating out of southern Nuevo Leon, during a media presentation at Military Zone in Mexico City February 23, 2011.

Also detained Wednesday and identified as suspected members of the Zetas were Armando Álvarez Saldaña, Mario Domínguez Realeo o Domingo Díaz Rosas, Jesús Iván Quezada Peña, Martin Bárcenas Tapia and Rubén Darío Venegas, who was said to be from Honduras.

The PGR release also listed three women and one minor as detained but gave no information about them other than their names. The women were identified as Diana Margarita Guerrero Morales, Roxana Mireya Ríos Velázquez and Magali Chaín Castillo López, said to be the wife of Zapata Espinoza.

The news release said Zapata Espinoza told authorities that the vehicle in which the two U S agents were riding was similar to one used by a rival drug gang and it was attacked for that reason. Zapata Espinoza also named Jesus Ivan "El Loco" Quezada Pena and Ruben Dario "El Catracho" Venegas as others who participated in the attack, the PGR said.

It would not be the first time that a politically sensitive killing in Mexico was identified as a case of mistaken identity.

In 1993, gunmen linked to the Arellano Felix drug cartel killed Roman Catholic Cardinal Juan Jesus Posadas Ocampo at an airport in the western city of Guadalajara. Prosecutors later said the gunmen mistook the cardinal's luxury car for their intended target, drug lord Joaquin "El Chapo Guzman."

Several other recent high-profile cartel killings of people not involved in the drug trade, including the September killing of American tourist David Hartley, have been ascribed by law enforcement officials to cases of mistaken identity



- It Takes More then Bravery to Live in "El Valle de Chicas Kalashnikov
- 70 bodies found at property of "El Pozolero"
- "El Guicho" Cell Taken Down in Tijuana
- Gulf Cartel vs Zetas. One Year Later
- National guardsman arrested in U S drug cartel ra
- Four Decapitated Men Left on Display in Nuevo Lare
- Around the Borderland Beat
- Reyes - Salazar Activists Found
- Obama Threatens Force Against Mexican Cartels
- US raids net nearly 700 linked to Mexican cartels
- Not so fast with the dinero, ladies
- Mexico Suspect in U S Agent's Slaying Freed from.
- 3 young girls killed in Juarez drive-by shooting
- Once Safe, Mexico's Monterrey Becoming 'City of Ma
- Relatives of Slain Mexican Activist Found Dead in .
- A "Forceful Message" to the Mexican Cartels
- "Call of Juarez The Cartel" Video Game Faces Poss
- Marijuana Seizures in Valle de Mexicali, 20 Tons
- HPD officer shot in sweep to punish Mexico's drug
- "El Condor 2" taken down in Ciudad Juarez
- Drug Gangs Kidnap over 11,000 Migrants in 6 Months
- U S Arrests 100 in Fight on Mexican Drug Cartels
- Sinaloa Cartel Influence is Steadily Growing In Ti
- Suspect Says ICE Agent Slain in Error
- US Attache's Murderer Captured
- Kidnapping Ring Dismantled in Cd Juárez
- Suspect in U S Agent's Shooting Detained

Tijuana Cartel

**BORDERLAND BEAT REPORTERS**

- Arm Chair
- Gary Moore
- Havana
- Gerardo
- un vato
- RiseMakaveli
- Ovemex
- Chivis
- badanov
- Buggs
- J
- NGato44

**POPULAR POSTS**

 El Lazca, 'I Took Care of the Nephew"

 Lazca  No Body No Death

Forum

 Knights of Templar Say They Know Where Z-40 is

 Accused of Rape Man Executed and Hanged on ACA Bridge With Narco Message

**RECENT COMMENTS**

Anonymous wrote...
Camargo is Gente Nueva plaza

Anonymous wrote...
Omg u sooo stipid a 50 Cal will b good for u arriva sinaloa mexico

Anonymous wrote...
Son los hiJos

Anonymous wrote...
Info on Guerrero Coahulia?

Anonymous wrote ..
There are a lot more dead than they are saying. Bystanders report as many as 40 narcos killed

Soldiers escort Julian Zapata Espinosa, aka 'El Piolin', fourth right, alleged member of the Los Zetas drug carteland main suspect in the killing of U.S Immigration and Customs, ICE, agent Jaime Zapata, and Jesus Ivan Quezada Pena, left, Mario Dominguez Realeo or Domingo Diaz Rosas, third left, and Honduras' citizen Ruben Dario Venegas during a presentation for the media in Mexico City, Wednesday, Feb 23, 2011 Zapata and fellow agent Victor Avila, were attacked Feb 15 when traveling along a highway in Mexico's San Luis Potosi state Avila survived the attack

The release said the Mexican military had had a line on this Zetas group because of information gathered in December following a separate arrest of suspected Zetas.

Wednesday's raid also resulted in the seizure of six weapons, five vehicles, 41 magazines for ammunition, communications equipment, and various documents, including payroll information and membership lists of the organization.

ICE Director John Morton responded to the news of the arrest with his own statement, saying: "The announcement today by Mexican authorities of an arrest in the shooting of ICE Special Agents Jaime Zapata and Victor Avila is a welcome development We are encouraged by this action and appreciate the efforts by Mexico to bring Special Agent Zapata's killers to justice"

He added: "It is important to remember that this is an ongoing investigation, and we will continue to work closely with our law enforcement partners in Mexico and in the United States as it unfolds. We continue to hold the Zapata family in our thoughts and prayers, and look forward to a swift resolution of this case"

U.S. Department of Homeland Security Secretary Janet Napolitano also issued a statement "I welcome the news that Mexican authorities have apprehended one of the alleged killers of ICE Agent Jaime Zapata. We will continue to assist the ongoing Mexican investigation with every resource at our disposal and to ensure that all those responsible for Special Agent Zapata's murder face justice

"We will also continue our vigorous and coordinated efforts to defeat the criminal organizations operating in Mexico that seek to exploit our shared border. Our thoughts and prayers remain with Agent Zapata's family, his friends, and his colleagues."

San Luis Potosi is at the center of a power struggle between two rival drug gangs, the Zetas and the Gulf cartel. It is also on the route north used by migrants seeking to reach the United States, and officials say cartels have begun recruiting some migrants to work for the gangs.

Though Mexico is seeing record rates of violence, it is rare for U.S. officials to be attacked. The U.S government, however, has become increasingly concerned about the safety of its employees in the country.

In March, a U.S. employee of the American consulate in Ciudad Juarez, her husband and a Mexican tied to the consulate were killed when drug gang members fired on their cars after they left a children's party in the city across from El Paso, Texas

The White House meanwhile announced Wednesday that US President Barack Obama would meet with Mexican President Felipe Calderon next week, amid continuing drug violence and tensions over their joint strategy to tackle it President Barack Obama also released a statement thanking the Mexican president for the arrests.

Records generated by the Mexican government obtained by The Brownsville Herald show that the area where the attack occurred has been the location of numerous incidents related to drug trafficking and criminal organizations, and also of their encounters with Mexican authorities.

There were several military operations on the day the agents were attacked, but the information does not suggest any connection The time of the operations is not noted in the reports

Although it is illegal for U.S. law enforcement officials in Mexico to carry weapons, U.S officials have not commented on any protection the two special agents might have had, or why they would travel in the area seemingly unprotected.

"Pinche Mamito" Back in the News

Badiraguato, Sinaloa Birthplace of Narcos, Sinkin

Eight More Die in Acapulco

Mexican leader slams U S coordination in drug war

"La Mano Con Ojos" Sicano Strives to Make a Name

Per WikiLeaks, President Felipe Calderon Medical R

Is Julian Leyzaola Perez' Appointment on Hold?

Around the Borderland Beat

Mexico Struggles vs Drug Gangs

Juan Reyes Mejia González "R-1"

Children of Mexico's Drug War Generation Bang Ban

In 36 Hours, Criminals Execute 43 People in Ciudad

12 Taxi Drivers, Fares Killed in Mexican Resort

Mexico's Gun Supply and the 90 Percent Myth

"Don't Lie for the Other Guy"

Death of ICE Agent a "Game Changer" for Border Sec

After a Spell of Violence, Today the City was Calm

Mexican Federal Agents Rescue Student Kidnapped by

Even by Juarez Standards, a Deadly 72 Hours

Cd Juarez's New Hope

Update on ICE Attache Agents' Attack

One of Many Tragedies

"El Ruedas" Sicano cell arrested in California

Mexico Minimum pension for spouses of soldiers sl

Mexican Drug Cartels Smuggled Hundreds of Kilogram

Julian Leyzaola, Tijuana's former top cop, now lea

Zeta recalls his life, warns against it

Bloody Friday

BORDERLAND BEAT FORUM

Re VIVA OBAMA! - Wednesday, November 07, 2012 - tonebowski

Re The Twins Who Betrayed El Chapo Guzman - Wednesday, November 07, 2012 - †☻ĤIVØ †

Re VIVA OBAMA! - Wednesday, November 07, 2012 - DaBlueLine

Re VIVA OBAMA! - Wednesday, November 07, 2012 - Anon

Re VIVA OBAMA! - Wednesday, November 07, 2012 - elotero

BB YOUTUBE VIDEOS

The call to denounce El Lazca never came from this town

Who is El Chapo Isidro with Los Zetas and BLO

El Lazca leader of Los Zetas had been almost captured

Gulf cartel sicarios being interrogated

The last known residence of El Lazca

SUBSCRIBE TO BORDERLAND BEAT

Enter your email address

[ Subscribe ]
Delivered by FeedBurner

DONATE

Donate


VISITORS
Since December 3, 2009
28669275

SEARCH THIS BLOG

[ Search ]

BB NETWORKS

From January to the day after the special agents were attacked, more than 20 operations and confrontations had taken place in the state of San Luis Potosi, according to the Herald's review of records

On Tuesday, Morton, who was in Brownsville for the Zapata's funeral, declined to comment on whether U.S law enforcement should be allowed to carry weapons in Mexico and whether that was in issue in Zapata's death.

"A very serious investigation is under way," he said "I'm not going to talk about the details, how Mr Zapata was killed"

Morton did say that the U.S and Mexico are working hand in hand

Washington has vowed the gunmen will face "justice," while Mexican investigators are working with a joint task force of the US Justice Department and Homeland Security to probe the shooting.

"Together with the authorities in Mexico, we are going to make sure that what Jaime was all about is vindicated," he said "There will be justice and we are not going to shy away from what we are doing."

**El Piolín had been arrested in 2009**

*The Mexican Attorney General says that Julian Zapata was arrested by the Army for crimes related to organized crime, but was released on bail*

The Attorney General's Office (PGR) confirmed that Julian Zapata Espinoza, El Piolin, a cell leader of "Los Zetas "operating in San Luis Potosi and charged with the murder of ICE American agent Jaime Zapata, was arrested by the army in December of 2009 for crimes related to organized crime

According to the agency, Zapata Espinoza posted bail since being he was only indicted for misdemeanors charges and was able to secure his freedom, but this year the government ordered his re-arrest, as he did not appears in his criminal trial in San Luis Potosi



In December 2009, the SEDENA presented to the media seven people in San Luis Potosi who had been arrested in the municipality of Rio Verde for possession of weapons and having uniforms used exclusively by the military

Among those arrested was Zapata Espinoza, now the leader of a group of thugs of Los Zetas in San Luis Potosi

**Sources:**
The Brownville Herald
El Mexicano
Universal

- Five Killed in Torreón Bars
- Wave of Violence Grips Nuevo Leon
- Mexican Drug Gang Zetas Suspected in US Special Ag
- 4 Thrown to Deaths from Bridge Near Chilpancingo
- Eight Killed in Shootout with Mexican Troops
- Cd Juarez's SSPM Agents Take Out Two
- Mexico Arrests 2 Cops in Senior Officer's Killing
- Mexico's Refugees. A Hidden Cost of the Drug War
- The Gulf and the United Cartels Send a Message
- 83 Bullet Casings Recovered After Attack on ICE Ag
- Mexican media's balancing act
- 6 Heads, 3 bodies left in front of SSP offices in
- Key Sinaloa cartel operator in Northern Sonora cap
- Repercussions Predicted In ICE Agent's Slaying
- El Canas caught confesses to Neza Massacre
- Juarez Man and 8 year old son shot and set on fir
- Sheriff Paul Babeu Responds to Border Mayors' Lett
- "Unbelievable"
- 28 more are given a burial.
- At northern border, agents fight drug war on ice
- Mexico risks losing large areas to drug cartels
- Mexican Mayor seeks Aid from U.S Agents
- ICE Agents Shot in Mexico Were Targeted, Ambushed,
- U S the Only Winner in Mexico Drug War, Zapatista
- Matamoros Grenade Attack Injures 9, Including 2 Mi
- Zeta Betrayal
- Two ICE Agents Shot in Mexico
- Los Zetas Attribute Padilla Killings to Gulf Carte
- The compass in our hand

Blogs
Followers (34)



Follow this blog

*Associated Press
Yahoo News





Like    78 people like this  Sign Up to see what your friends like

Share it:    Jesus Iven Quezada
             Peny
Recommend this on Google    beat down

### 18 Borderland Beat Comments:

**Anonymous said...**

that line about the u s Being outraged is nonsense, what do you expect when you confront cartel killers with plasic badges? The truth comes out about the mexican military having a "line" on these guys since december, how many have they killed from then till now while the authorities let them run amok with impunity?

February 23, 2011 10 28 PM

**Anonymous said...**

" military raided four buildings in San Luis Potosi state used as safe houses by the suspects " I wonder how long they have known about these "safe houses" and why they weren't raided 2 weeks ago BEFORE the ICE agent was killed

---

Sidebar:

- Leader of Los Zetas in Nuevo Leon "El Sonrics" cap
- Clashes in Padilla, Tamaulipas 18 dead
- Cd Juárez, five days and 56 bodies later
- Director of Nuevo Leon Central Intelligence killed .
- 12 murders in bloody weekend for Acapulco
- Eight Shot Dead Near Mexico City
- If They Kill Me, They Will Be Doing Me a Favor
- Sicarios from the Massacre at Las Torres Bar in Cd
- Second grader executed in Acapulco
- Mexico Deliver Justice for Killings, Disappearenc ..
- Case details South Texas smuggling network, possib
- Missionary vows return to Mexico after wife killed
- Third video of Prosecutor's brother depicts tortur
- Massacres return to Cd Juarez - seven women and o
- Gang of Teenage Carjackers Apprehended
- Guadalajara Bar Attack Death Toll Rises to Seven
- "Nayarit is burning"
- Interrogation claims La Resistencia is responsible
- American pessimism over Mexico's drug war grows
- CDG Sends a Message to los Zetas
- 13 Gunmen Killed in Tamaulipas
- Opopeo "Arms" Itself Against "la Familia"
- "Mexico is Safer than Many U S Cities"
- Alleged teen hitman "El Ponchis" charged with murd
- 8 gunmen dead in Zacatecas
- "Pinche Mamito"
- Nuevo Leon offers Vouchers for Weapons
- Hero of Juarez Executed
- Sicarios had weapons of murdered Marines